AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of GUAM

**UNITED STATES OF AMERICA**

V.

**LUIS-JEFFERY C. CASTRO**

**WARRANT FOR ARREST**

Case Number: MG-05-00011



FILED
DISTRICT COURT OF GUAM
MAY 5 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __LUIS-JEFFERY C. CASTRO__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☒ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

18:641 - THEFT OF PROPERTY (COUNT 1)

18:1382 - ENTERING MILITARY PROPERTY (COUNT 2)

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | Marilyn B. Alcon |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 4/14/2005  Hagatna, Guam |
| Title of Issuing Officer | Date  Location |

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

DEDEDO, GUAM

| DATE RECEIVED  4.15.05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  5.5.05 | S/DUSM FRANKLIN J. TAITAGUE | S/DUSM Frankl J. Taitague |