
FILED
DISTRICT COURT OF GUAM
MAY - 6 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM



| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00011 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| **LUIS-JEFFERY C. CASTRO,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **G. PATRICK CIVILLE** is appointed to represent the defendant in the above-entitled case.

Dated this 5th day of May, 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM