aldan-castrocont

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LUIS-JEFFREY CASTRO,<br><br>    Defendant. | MAGISTRATE CASE NO. 05-00011<br><br>**STIPULATION OF PARTIES TO CONTINUE TRIAL AND ORDER** |

COME NOW the United States of America and defendant, by and through his counsel, Patrick Civille, and jointly move that the trial date in this matter, which is presently set for June 28, 2005, be continued to not less than thirty (30) days, at a date and time convenient to the court. The parties make this request for the reason that ongoing possible plea negotiations are currently in progress and that the parties believe it is in the interest of justice that this matter be continued.

The parties believe that this continuance may be justified under the Speedy Trial Act on the grounds of 18 U.S.C. § 3162(8)(A) allow tolling of the time if the court finds "that the ends of justice

1

served by taking such action outweigh the best interest of the public and the defendant in a speedy trial". The parties believe that the best interests of both will be served by this continuance.

SO STIPULATED.

June 23, 2005
DATE

/s/ PATRICK CIVILLE
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

23 June 05
DATE

By: /s/ JOSEPH TOCK
Special Assistant U.S. Attorney

\*\*\*ORDER\*\*\*

Having been fully advised in the premises, this Court finds that the stipulated continuance of the parties is justified under the Speedy Trial Act, and accordingly finds that the Act should be tolled pursuant to 18 U.S.C. § 3162(8)(A), the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED that trial of this matter shall be set to August 17, 2005, at 9:30 a.m.

Dated this 27th day of June, 2005.

/s/ JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED
JUN 24 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2