IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MAGISTRATE CRIMINAL MINUTES**

**FILED** 
DISTRICT COURT OF GUAM
AUG 17 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MG-05-00011**        **DATE: August 17, 2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding        Law Clerk: Judith Hattori
Court Reporter: Wanda Miles        Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: :9:44:37 - 9:59:50        CSO: J. McDonald

* * * * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: LUIS-JEFFREY C. CASTRO**        **ATTY : JOHN GORMAN**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.        ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: JOSEPH TOCK        AGENT:
U.S. PROBATION: JUDY OCAMPO        U.S. MARSHAL: NONE PRESENT

**PROCEEDINGS:        CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED:  AGE: 34   SCHOOL COMPLETED: 12th Grade, graduated from high school
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
        OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED:  ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: COUNT II - Entering Military Property
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: 8/16/2005   PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) STATUS HEARING: November 15, 2005 at 9:30 a.m.
( ) SENTENCING DATE: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see attached release conditions)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE BOND AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

Pen and ink changes in the Plea Agreement: page 1, line 21, insert "Entering Military Property" and delete "Theft of Property"; page 3, line 19, delete the first sentence beginning with "The" and ending with "range" and line 22, delete the words "Sentencing Guidelines". Parties had no objections to the changes.

Government stated that the defendant has agreed to testify in related cases set for trial and requested that he be instructed to contact his attorney periodically and provide contact information. Accordingly, the Court instructed the defendant to contact his attorney once a week beginning next week.