CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Luis-Jeffrey Castro*



**FILED**
DISTRICT COURT OF GUAM

NOV 1 4 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00011 |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION OF PARTIES** |
| | ) | **TO CONTINUE STATUS** |
| LUIS-JEFFREY CASTRO, | ) | **CONFERENCE** |
| Defendant. | ) | |

The parties hereby stipulate that the status conference herein, currently scheduled for Tuesday, November 15, 2005, shall be continued to not less than twenty-one (21) days, at a date and time convenient to the Court. The parties make this request for the reason that counsel for Defendant will be off-island on November 15.

SO STIPULATED.

**CIVILLE & TANG, PLLC**

By: _____
    **G. PATRICK CIVILLE**
    *Attorneys for Defendant*

Date: November 8, 2005

**LEONARDO M. RAPADAS**
**United States Attorney**
Districts of Guam and NMI

By: _____
    **JOSEPH TOCK**
    Special U.S. Attorney
    *Attorneys for Plaintiff*

Date: November 9th, 2005

**ORIGINAL**