**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Luis-Jeffrey Castro*



**FILED**
DISTRICT COURT OF GUAM
NOV 15 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00011 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ~~(PROPOSED)~~ |
| vs. | ) | **ORDER CONTINUING STATUS** |
| | ) | **CONFERENCE** |
| LUIS-JEFFREY CASTRO, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown,

IT IS HEREBY ORDERED that the status conference herein, currently scheduled for Tuesday, November 15, 2005, shall be continued to _December 6, 2005_, at the hour of _2:30_ _p_.m.

DATE: _November 15, 2005_

_____
**JOAQUIN V.E. MANIBUSAN, JR.**
**Magistrate Judge**

**RECEIVED**
NOV 14 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**ORIGINAL**