luiscastronewstp

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC -6 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LUIS-JEFFREY CASTRO,<br><br>　　　　　　Defendant. | MAGISTRATE CASE NO. 05-00011<br><br>**STIPULATED MOTION TO CONTINUE STATUS HEARING** |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, G. Patrick Civille, hereby motion this Honorable Court to continue the Status Hearing currently scheduled for December 6, 2005, and that it be continued for three (3) months at a date and time to be selected by the court at it's convenience.

6 Dec 05
DATE

G. PATRICK CIVILLE
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

6 Dec 05
DATE

By: JOSEPH TOCK
Special Assistant U.S. Attorney