luiscastronewstp

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
DEC -7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>LUIS-JEFFREY CASTRO,<br><br>          Defendant. | MAGISTRATE CASE NO. 05-00011<br><br>**O R D E R**<br>re: Second Request to<br>Continue Status Hearing |

      **IT IS SO ORDERED** that the Status Hearing currently scheduled for December 6, 2005, is hereby rescheduled to March 7, 2006, at 2:30 p.m.

12/7/2005
DATE

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

**ORIGINAL**