# ORIGINAL

1  luiscastronewstp

2  LEONARDO M. RAPADAS
   United States Attorney
3  JOSEPH TOCK
   Special Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagatna, Guam  96910
   PHONE:  472-7332
6  FAX:  472-7334

**FILED**
DISTRICT COURT OF GUAM

MAR - 6 2006

MARY L.M. MORAN
CLERK OF COURT

7  Attorneys for the United States of America

8           IN THE UNITED STATES DISTRICT COURT

9              FOR THE TERRITORY OF GUAM

10 UNITED STATES OF AMERICA,        ) MAGISTRATE CASE NO. 05-00011
                                    )
11                Plaintiff,        )
                                    )  **STIPULATED MOTION TO**
12        vs.                       )  **CONTINUE STATUS HEARING**
                                    )
13 LUIS-JEFFREY CASTRO,             )
                                    )
14                Defendant.        )
   _____)

15
          The parties in the above-entitled matter, the United States of America, and the defendant
16
   through his counsel, G. Patrick Civille, hereby motion this Honorable Court to continue the
17
   Status Hearing currently scheduled for March 7, 2006, and that it be continued for six (6) months
18
   at a date and time to be selected by the court at it's convenience.
19

20

21  _3 March 86_                     _____
        DATE                         G. PATRICK CIVILLE
22                                   Attorney for Defendant

23                                   LEONARDO M. RAPADAS
                                     United States Attorney
24                                   Districts of Guam and NMI

25

26  _3 March 06_          By: _____
        DATE                   JOSEPH TOCK
27                             Special Assistant U.S. Attorney

28