luiscastronewstp

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR -7 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00011 |
| Plaintiff, | ) |
| vs. | ) **O R D E R**<br>) Re: Third Request to Continue<br>) Status Hearing |
| LUIS-JEFFREY CASTRO, | ) |
| Defendant. | ) |

**IT IS SO ORDERED** that the Status Hearing currently scheduled for March 7, 2006, is hereby rescheduled to June 7, 2006, at 2:30 p.m.

_March 7, 2006_
DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam