ORIGINAL

luiscastro6stp

LEONARDO M. RAPADAS
United States Attorney
JUSTIN OLIVER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America
FILED
DISTRICT COURT OF GUAM
JUN - 6 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00011 |
|---|---|
| Plaintiff, | ) **STIPULATED MOTION TO VACATE STATUS HEARING AND SET SENTENCING DATE** |
| vs. | |
| LUIS-JEFFREY CASTRO, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, G. Patrick Civille, hereby motion this Honorable Court to vacate the Status Hearing currently set for June 7, 2006, and set a sentencing date.

//
//
//
//
//
//

-1-

The parties request that the Court calendar the sentencing date at least ninety (90) days from the date of this request so that the Presentence Report can be completed in this case

DATED: 5/30/06

*G. PATRICK CIVILLE*
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 18 May 06    By: *JUSTIN OLIVER*
Special Assistant U.S. Attorney