LEONARDO M. RAPADAS
United States Attorney
JUSTIN OLIVER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN -7 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS-JEFFREY CASTRO,<br><br>Defendant. | MAGISTRATE CASE NO. 05-00011<br><br>**O R D E R**<br><br>re Stipulated Motion to Vacate Status Hearing and Set Sentencing Date |

Based on the Stipulation of Parties filed June 6, 2006, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the June 7, 2006 status hearing is vacated, and that sentencing is set for September 14, 2006 at 10:00 a.m. The presentence report shall be provided to the parties no later than August 8, 2006. The parties shall file their responses to the presentence report no later than August 22, 2006. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than September 5, 2006.

SO ORDERED this 7th day of June 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge