```
luiscastropsr
```

LEONARDO M. RAPADAS
United States Attorney
JENNIFER SANCHEZ
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG - 2 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00011-01 |
| Plaintiff, ) | |
| vs. ) | **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |
| LUIS-JEFFREY C. CASTRO, ) | |
| Defendant. ) | |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States hereby adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 2nd day of August 2006.

                                                               LEONARDO M. RAPADAS
                                                               United States Attorney
                                                               Districts of Guam and NMI

                                 By: *Jennifer Sanchez*
                                          JENNIFER SANCHEZ
                                          Special Assistant U.S. Attorney