**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Luis-Jeffrey Castro*



**FILED**
DISTRICT COURT OF GUAM
SEP 18 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00011 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DEFENDANT'S ACCEPTANCE OF** |
| ) | **PRESENTENCE REPORT AND** |
| LUIS-JEFFREY CASTRO, ) | **SENTENCING MEMORANDUM** |
| ) | |
| Defendant. ) | |
| _____) | |

**I. Adoption of Presentence Report.**

The defendant accepts the findings in the Presentence Investigation Report.

**II. Sentencing Recommendation.**

Mr. Castro acknowledges that he broke the law. He asks the Court to take into consideration that he believed the aluminum was abandoned, which was a belief apparently shared by several other individuals. While this does not absolve him of liability, it is a factor which the Court can properly take into consideration for mitigation of sentence.

The presentence report outlines a variety of medical problems which beset Mr. Castro. See, PSR ¶¶ 32-36. Among other ailments, he is a diabetic and suffers from chronic renal insufficiency. Compounding these chronic problems, Mr. Castro was involved in a serious automobile accident three months ago which resulted in his hospitalization. He is in need of constant medication to control these health problems. Incarceration would serve little purpose, and given Mr. Castro's

health problems, would be particularly difficult for Mr. Castro, and undoubtedly a burden for any correctional facility.

Mr. Castro asks the Court to adopt the sentencing recommendation of the Probation Officer and sentence him to a period of two years supervised release.

Respectfully submitted this 18th day of September, 2006.

**CIVILLE & TANG, PLLC**

By_____
*G. PATRICK CIVILLE*
*Attorneys for Defendant*
*Luis-Jeffrey Castro*