# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: MJ-05-00011          DATE: September 19, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Veronica Flores
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 2:03:23 - 2:20:57
CSO: B. Benavente / P. Taijeron

**APPEARANCES:**
Defendant: Luis-Jeffrey Castro      Attorney: G. Patrick Civille
☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Jennifer Sanchez      U.S. Agent:
U.S. Probation: Carleen Borja      U.S. Marshal: G. Perez
Interpreter:      Language:

**PROCEEDINGS: Sentencing**
- Government's oral motion to dismiss Count I <u>granted</u>.
- Defendant sentenced to probation for a term of <u>2 years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $10.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.

NOTES: