
IN THE UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00011-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **SPECIAL REPORT** |
| | ) | |
| LUIS-JEFFREY CASTRO | ) | |
| Defendant. | ) | |

**Re: Request for Early Termination**

Luis-Jeffrey Castro was sentenced on September 19, 2006, in the District Court of Guam to a two-year term of probation for the offense of Entering Military Property, in violation of 18 U.S.C. §1382. The offense is a Class B Misdemeanor. In addition to the standard and mandatory conditions of probation, Mr. Castro was ordered to participate in a drug treatment and testing program; refrain from the use of alcohol; perform 200 hours of community service; and pay a special assessment fee of $10. Mr. Castro's term of probation is scheduled to expire on September 18, 2008.

On June 13, 2006, Luis-Jeffrey Castro was in an auto/object accident, which resulted in him being brought to the hospital emergency room. He was diagnosed with several medical conditions as a result of his injuries. Mr. Castro was treated and advised to follow up with the Department of Public Health and Social Services for services.

On January 26, 2007, Mr. Castro was brought to the emergency room of the Guam Memorial Hospital and was admitted. He was released from the hospital on February 1, 2007 under a strict treatment regimen.

Except for illnesses, Mr. Castro has attended his court-ordered drug treatment and testing appointments, and has not tested positive for any illicit drugs. He has not been able to perform any community service due to his medical issues which has been verified. Mr. Castro paid the $10 special assessment fee on September 19, 2006, and he has submitted all required supervision reports.

SPECIAL REPORT
Request for Early Termination
Re:   CASTRO, Luis-Jeffrey
USDC MJ Cs. No. 05-00011-001
March 8, 2007
Page - 2 -


    Mr. Castro has requested that he be considered for early termination in order to be able to focus on his treatment regimen, which takes all of his time. In light of the above information, this Officer respectfully requests early termination by the court, pursuant to 18 U.S.C. §3564(c), and in the interest of justice. Due to the confidential nature of Mr. Castro's medical situation, this Officer would be available to discuss the matter, if needed.

    RESPECTFULLY submitted this _____ day of March 2007.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   Jennifer Sanchez, SAUSA
      G. Patrick Civille, Jr., Defense Counsel
      File