PROB 35  
(Rev. 5/01)

**Report and Order Terminating Probation**  
**Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT
FOR THE  
DISTRICT OF GUAM

**FILED**  
DISTRICT COURT OF GUAM  
MAR 15 2007  
MARY L.M. MORAN  
CLERK OF COURT

UNITED STATES OF AMERICA

v.

LUIS-JEFFREY CASTRO

MAGISTRATE CASE NO. 05-00011-001

On September 19, 2006, the above named was placed on probation for a period of two years. Luis-Jeffrey Castro has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.



RECEIVED  
MAR 14 2007  
DISTRICT COURT OF GUAM  
HAGATNA, GUAM

Respectfully submitted,

FRANK MICHAEL CRUZ  
Chief U.S. Probation Officer

By: _____  
ROBERT I. CARREON  
U.S. Probation Officer

Reviewed by:

_____  
ROSSANNA VILLAGOMEZ-AGUON  
U.S. Probation Officer  
Supervision Unit Leader

cc: Jennifer Sanchez, SAUSA  
G. Patrick Civille, Jr. Defense Counsel  
File

### ORDER OF COURT

Pursuant to the above report, it is ordered that Luis-Jeffrey Castro be discharged from probation and that the proceedings in the case be terminated.

Dated this _15th_ day of March 2007.

_____  
HON. JOAQUIN V.E. MANIBUSAN, JR.  
U.S. Magistrate Judge  
District of Guam

ORIGINAL